**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
EYM REALTY OF MICHIGAN LLC,

                Plaintiff,

          -against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------------X

**26 Civ. No. 0546 (JLR)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Pursuant to Judge Rochon's order at Docket Number 23, the parties are directed to contact chambers to schedule a settlement conference in this matter by no later than Thursday, April 9, 2026.

       **SO ORDERED.**

DATED:     New York, New York
            April 2, 2026

                                      _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge