UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYM REALTY OF MICHIGAN LLC,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

Case No. 1:26-cv-00546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a June 5, 2026 letter-motion from Defendant seeking to compel Plaintiff to comply with its discovery obligations and secure counsel admitted to practice before this Court. *See* Dkt. 27. Plaintiff has not responded. The parties shall appear for a conference to discuss Defendant's letter-motion on **June 12, 2026**, at **11:30 a.m.** The conference will be held remotely via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 731 841 902#. The Clerk of Court is respectfully directed to close the motion at Dkt. 27.

Dated: June 11, 2026
       New York, New York

                             SO ORDERED.

                             *Jennifer Rochon*

                             JENNIFER L. ROCHON
                             United States District Judge