UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYM REALTY OF MICHIGAN LLC,

                    Plaintiff,

     -against-

MT. HAWLEY INSURANCE COMPANY,

                  Defendant.

Case No. 1:26-cv-00546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      As ordered on the record at the parties' June 17, 2026 conference, Plaintiff shall provide initial disclosures to Defendant, in compliance with the Federal Rules of Civil Procedure, by **June 22, 2026**.  Furthermore, counsel for Plaintiff is not a member of the bar of this court and has not filed a compliant motion seeking *pro hac vice* admission, despite being instructed that he must do so at the last conference.  "Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties."  S.D.N.Y. Local Civ. R. 1.3(l).  Accordingly, by **June 26, 2026**, counsel for Plaintiff must gain admission to this court.

Dated: June 17, 2026
       New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge