UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYM REALTY OF MICHIGAN LLC,
Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,
Defendant.

Case No. 1:26-cv-00546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' letters concerning their discovery dispute. *See* Dkts. 33-36. The parties shall appear for a conference on **July 20, 2026, at 12:00 p.m**. The conference will be held on video via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 718 338 303#. The parties will receive log-in credentials by email.

Dated: July 15, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge