UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYM REALTY OF MICHIGAN LLC,
Plaintiff,

-against-

MT. HAWLEY INSURACE CO.,
Defendant.

Case No. 1:26-cv-00546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on July 20, 2026, Plaintiff EYM Realty of Michigan LLC's motion to compel is GRANTED to the extent that Plaintiff may depose Tracy Schohn and Adam Kotara by **August 24, 2026**, and it is otherwise DENIED. Plaintiff's request to subpoena Ari Shapiro after the close of fact discovery is also DENIED. The Clerk of Court is respectfully directed to close the motion at Dkt. 33.

Dated: July 20, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge