UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYM REALTY OF MICHIGAN, LLC,
Plaintiff,

-against-

MT. HAWLEY INSURANCE CO.,
Defendant.

Case No. 1:26-cv-00546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' letters with respect to Defendant's anticipated motion for summary judgment. *See* Dkts. 51-52. Defendant may file its motion. It shall do so by October 21, 2026. Plaintiff's opposition is due by November 4, 2026. Defendant's reply, if any, is due by November 11, 2026. The parties' post-discovery conference, currently scheduled for September 23, 2026, is ADJOURNED.

Dated: September 22, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge